**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SHAREASALE.COM, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.:** |
| | ) | |
| **ESSOCIATE, INC.,** | ) | **Jury Trial Demanded** |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF INTENT TO USE PROCESS SERVER**

COMES NOW Plaintiff ShareASale.com, Inc. and notifies the Court of the intent to use: Mr. Sean L. Kennedy, Parcels, Inc., 1111 B.S. Governors Avenue, Dover, Delaware 19904, telephone number (302) 736-1777, to serve Defendant Essociate, Inc. in the above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

Respectfully submitted,

POLSINELLI SHUGHART PC


By:  /s/John A. Leja
JOHN A. LEJA (IL # 6256269)
161 N. Clark Street, Suite 4200
Chicago, IL  60601
Tel. No. (312) 819-1900
Fax No. (312) 819-1910
jleja@polsinelli.com

- 2 -

                                          OF COUNSEL:
                                          John M. Challis (IL # 6284728)
                                          100 South Fourth Street, Suite 1000
                                          St. Louis, MO 63102
                                          Tel. No. (314) 889-8000
                                          Fax No. (314) 231-1776
                                          jchallis@polsinelli.com

                                          ATTORNEYS FOR PLAINTIFF
                                          SHAREASALE.COM, INC.