**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SHAREASALE.COM, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 1:10-cv-4000 |
| | ) | |
| **ESSOCIATE, INC.,** | ) | Jury Trial Demanded |
| | ) | |
| **Defendant.** | ) | |

**AMENDED NOTICE OF MOTION**

TO: Essociate, Inc.
c/o Registered Agent, National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

Please take notice that on the 30th day of August, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Elaine Bucklo, in Room 1441, of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Motion to Stay or, Alternatively, to Transfer to the Central District of California.

Respectfully submitted,

POLSINELLI SHUGHART PC


By: /s/ John A. Leja
    JOHN A. LEJA (IL # 6256269)
    161 N. Clark Street, Suite 4200
    Chicago, IL  60601
    Tel. No. (312) 819-1900
    Fax No. (312) 819-1910
    jleja@polsinelli.com

    OF COUNSEL:
    John M. Challis (IL # 6284728)
    100 South Fourth Street, Suite 1000
    St. Louis, MO 63102
    Tel. No. (314) 889-8000
    Fax No. (314) 231-1776
    jchallis@polsinelli.com

ATTORNEYS FOR PLAINTIFF
SHAREASALE.COM, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2010, I electronically filed the foregoing Notice of Motion. This Notice of Motion; will be served, together with a copy of the Alias Summons; Amended Complaint; and Motion to Stay or, Alternatively, to Transfer to the Central District of California, by special process server as evidenced by the Return of Service to be filed with this Court on the following:

Essociate, Inc.
c/o Registered Agent, National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

/s/ John A. Leja