AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

Shareasale.com, Inc.

V.

Essociate, Inc.

CASE NUMBER: 1:10-cv-04000

ASSIGNED JUDGE: Honorable Elaine E. Bucklo

DESIGNATED MAGISTRATE JUDGE: Honorable Morton Denlow

TO: (Name and address of Defendant)

Essociate, Inc.
c/o Registered Agent, National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John A. Leja, Esq.
POLSINELLI SHUGHART PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ signature*

(By) DEPUTY CLERK

**August 17, 2010**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] See attached list of documents served along with this Summons and First Amended Complaint | DATE August 18, 2010 |
| NAME OF SERVER (PRINT) Edward J Jones I | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Essociate, Inc by serving the registered agent Known as National Registered Agents, Inc. located at 160 Greentree Drive Suite 101, Dover DE. Service accepted by Diane Flanagan at 1:55 p.m.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/18/10
                  Date           Signature of Server

Address of Server: 1111 B South Governors Avenue Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ShareASale.com, Inc. v. Essociate, Inc.
## United States District Court, Northern District of Illinois
## Case No. 1:10-cv-04000

### List of documents served on Defendant on 08/18/2010 along with the Alias Summons and First Amended Complaint

1. DE #002 Civil Cover Sheet

2. DE #003 Entry of Appearance John A. Leja on behalf of Plaintiff;

3. DE #004 Plaintiff's Notice of Affiliates;

4. DE #005 Plaintiff's Notice of Claims;

5. DE #006 Plaintiff's Disclosure of Corporate Interests

6. DE #007 Plaintiff's Notice of Intent to Use Process Server;

7. DE #008 Minute Entry;

8. DE #011 Plaintiff's Motion to Stay;

9. DE #012 Notice of Motion;

10. DE #013 Summons Returned Unexecuted;

11. DE #014 Plaintiff's Notice of Intent to Use Process Server;

12. DE #015 Minute Entry re: rescheduling Status Hearing to 08/30/2010 at 9:30 AM; and

13. DE #016 Plaintiff's Amended Notice of Motion.